**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO. 4:15CR00293-01 JLH

ALLEN CLARK                                                                DEFENDANT

## ORDER

On April 7, 2016, the Court entered an order setting a deadline of April 18, 2016, for counsel for the government or defendant to dispute the findings in the forensic evaluation report, to file a motion for hearing, or motion in opposition to the report, including a concise statement of opposition to the report and supporting authorities.

No opposition to the report has been filed.  Therefore, the conclusions stated in the report are adopted as the conclusions and findings of the Court.

IT IS SO ORDERED this 19th day of April, 2016.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE